■ FORTUNE v NEWMARK & COMPANY REAL ESTATE, INC., et al. [612 NYS2d 846] —Motion is granted to the extent of extending the time to fifteen days after service of this order, within which to stipulate to an apportionment of liability in accordance with this Court's decision and order entered on March 3, 1994 (202 AD2d 197); the motion is denied wherein it seeks reargument. Concur—Sullivan, J. P., Carro, Wallach, Kupferman and Tom, JJ.